**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: RIVAS, HERIBERTO | § | Case No. 09-75030 |
| RIVAS, SUSAN A. | § | |
| RIVAS, ED | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 04/11/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 03/10/2011     By: /s/BERNARD J. NATALE
                                                            Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: RIVAS, HERIBERTO | § | Case No. 09-75030 |
| RIVAS, SUSAN A. | § | |
| RIVAS, ED | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,000.57 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 6,000.57 |
| **Balance on hand:** | $ 6,000.57 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,000.57 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,350.06 | 0.00 | 1,350.06 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,245.25 | 0.00 | 2,245.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 13.46 | 0.00 | 13.46 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,608.77 |
| Remaining balance: | $ 2,391.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,391.80

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,391.80

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,239.46 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 6,134.66 | 0.00 | 331.68 |
| 2 | DISCOVER BANK | 4,907.91 | 0.00 | 265.34 |
| 3 | Chase Bank USA, N.A. | 808.04 | 0.00 | 43.69 |
| 4 | Altura Credit Union | 24,760.00 | 0.00 | 1,338.64 |
| 5 | Altura Credit Union | 7,628.85 | 0.00 | 412.45 |

Total to be paid for timely general unsecured claims: $ 2,391.80
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

ATTORNEY HAS TAKEN A VOLUNTARY REDUCTION IN FEES TO ALLOW FOR INCREASE DISTRIBUTION TO UNSECURED CREDITORS.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 09-75030-MB
Heriberto Rivas                                                             Chapter 7
Susan A. Rivas
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 1          Date Rcvd: Mar 16, 2011
                              Form ID: pdf006          Total Noticed: 22

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2011.
db/jdb    +Heriberto Rivas,   Susan A. Rivas,   4020 Mockingbird Lane,   Byron, IL 61010-9005
aty       +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
            Rockford, IL 61108-2582
aty       +Mark Zaleski,   Mark E. Zaleski, Attorney at Law,   10 N Galena Avenue #220,
            Freeport, IL 61032-4360
aty       +Scott E Hillison,   6833 Stalter Drive Ste 201,   Rockford, IL 61108-2582
tr        +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
            Rockford, IL 61108-2582
14715601   BAC Home Loans Servicing, LP,   PO Box 650225,   Dallas, TX 75265-0225
14715602   Bank of America Home Loans,   PO Box 5170,   Simi Valley, CA 93062-5170
14715603  +Bank of American Home Loans,   POB 5170,   Simi Valley, CA 93062-5170
14715605   Chase,   Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
14997562   Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14715608  +Radiology Consultants of Rockford,   POB 4542,   Rockford, IL 61110-4542
14715609  +Recon Trust Company NA,   2575 W. Chandler Blvd.,   Chandler, AZ 85224-4921
14715610  +Rockford Associated Patholgists,   1401 East State St,   Rockford, IL 61104-2315
14715611   Rockford Gastroenterlogy Assoc.,   401 Roxbury Road,   Rockford, IL 61107-5078
14715612   Swedish American Medical Group,   2550 Charles Street,   PO Box 1567,   Rockford, IL 61110-0067
14715613  +US Bank Home Mortgage,   4801 Fredrica,   Owensboro, KY 42301-7441
14715614  +US Home Mortgage,   POB 2005,   Owensboro, KY 42302
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14715600   +E-mail/Text: BKNOTIFICATIONS@ALTURACU.COM Mar 16 2011 22:56:41     Altura Credit Union,
            Attn: Kristin Lewis,   PO Box 908,   Riverside, CA 92502-0908
14715604   +E-mail/Text: jraichel@cms-collect.com Mar 16 2011 22:57:25    Capital Management Services, Inc.,
            726 Exchange Street, Suite 700,   Buffalo, NY 14210-1464
14952851    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 17 2011 01:34:35    DISCOVER BANK,
            DFS Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
14715606    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 17 2011 01:34:35    Discover,   PO Box 30395,
            Salt Lake City, UT 84130-0395
14715607    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 17 2011 01:34:35    Discover Card,   PO Box 6103,
            Carol Stream, IL 60197-6103
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2011**                    **Signature:** *Joseph Speetjens*