# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: RIVAS, HERIBERTO § Case No. 09-75030
     RIVAS, SUSAN A. §
     RIVAS, ED §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $198,200.00            Assets Exempt:  $15,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,391.80       Claims Discharged
                                                     Without Payment:  $110,887.66

Total Expenses of Administration: $3,608.77

---

    3) Total gross receipts of $ 6,000.57 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,000.57 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $182,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,108.77 | 3,608.77 | 3,608.77 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 112,740.00 | 44,239.46 | 44,239.46 | 2,391.80 |
| **TOTAL DISBURSEMENTS** | $294,740.00 | $48,348.23 | $47,848.23 | $6,000.57 |

    4) This case was originally filed under Chapter 7 on November 12, 2009. The case was pending for 18 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2011    By: /s/BERNARD J. NATALE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Honda Pilot vehicle with 86,000 miles ($800 | 1129-000 | 6,000.00 |
| Interest Income | 1270-000 | 0.57 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.57** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | US Bank Home Mortgage | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Home Mortgage | 4110-000 | 182,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$182,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 13.46 | 13.46 | 13.46 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,745.25 | 2,245.25 | 2,245.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,350.06 | 1,350.06 | 1,350.06 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 4,108.77 | 3,608.77 | 3,608.77 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 6,000.00 | 6,134.66 | 6,134.66 | 331.68 |
| 2 | DISCOVER BANK | 7100-000 | 4,500.00 | 4,907.91 | 4,907.91 | 265.34 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 500.00 | 808.04 | 808.04 | 43.69 |
| 4 | Altura Credit Union | 7100-000 | 25,000.00 | 24,760.00 | 24,760.00 | 1,338.64 |
| 5 | Altura Credit Union | 7100-000 | 7,700.00 | 7,628.85 | 7,628.85 | 412.45 |
| NOTFILED | Rockford Associated Patholgists | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Recon Trust Company NA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rockford Gastroenterlogy Assoc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Recon Trust Company NA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Medical Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Home Loans | 7100-000 | 69,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Radiology Consultants of Rockford | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 112,740.00 | 44,239.46 | 44,239.46 | 2,391.80 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75030  
**Case Name:** RIVAS, HERIBERTO  
RIVAS, SUSAN A.  
**Period Ending:** 05/11/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 11/12/09 (f)  
**§341(a) Meeting Date:** 12/17/09  
**Claims Bar Date:** 04/12/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single family residence at 4020 Mockingbird, Byr | 182,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash from wages | 50.00 | 50.00 | DA | 0.00 | FA |
| 3 | Checking account at Byron Bank, Byron, IL | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account at Vons Federal Credit Union, E | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account at Altura Credit Union, Riversi | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Furniture, furnishings, appliances, pool table, | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Books, pictures, videos, misc. cds, baseball car | 750.00 | 250.00 | DA | 0.00 | FA |
| 8 | Debtor's clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Rings, watches, misc. items | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Treadmill, weights, misc. sporting goods, and re | 1,000.00 | 100.00 | DA | 0.00 | FA |
| 11 | Term life policy with Pacific Educators | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Term policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | IMRF account through employment | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | Monthly pension payment | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 15 | Retirement account with former employer | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | Older child's Honda dirt bike | 500.00 | 100.00 | DA | 0.00 | FA |
| 17 | 2005 Honda Pilot vehicle with 86,000 miles ($800 | 10,000.00 | 6,800.00 | | 6,000.00 | FA |
| 18 | 1984 Chevy Camaro | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 19 | Trailer | 400.00 | 0.00 | DA | 0.00 | FA |
| 20 | 1998 Isuzo pick up truck | 500.00 | 0.00 | DA | 0.00 | FA |
| 21 | Pet dog | 0.00 | 0.00 | DA | 0.00 | FA |
| 22 | Misc. household tools & implements | 250.00 | 0.00 | DA | 0.00 | FA |
| 23 | Misc. yard care equipment | 350.00 | 100.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.57 | Unknown |
| 24 | Assets  Totals (Excluding unknown values) | **$208,200.00** | **$7,400.00** | | **$6,000.57** | **$0.00** |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75030  
**Case Name:** RIVAS, HERIBERTO  
RIVAS, SUSAN A.  
**Period Ending:** 05/11/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 11/12/09 (f)  
**§341(a) Meeting Date:** 12/17/09  
**Claims Bar Date:** 04/12/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

TRUSTEE COLLECTING PURCHASE BY DEBTOR OF ASSETS.

**Initial Projected Date Of Final Report (TFR):** December 31, 2010    **Current Projected Date Of Final Report (TFR):** December 31, 2011

Printed: 05/11/2011 03:41 PM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-75030  
**Case Name:** RIVAS, HERIBERTO  
RIVAS, SUSAN A.  
**Taxpayer ID #:** **-***4610  
**Period Ending:** 05/11/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******23-65 - Money Market Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/14/10 | {17} | Heriberto Rivas | Acct #100; Payment #1; Pymt #1 of Compromise Re: Honda Pilot | 1129-000 | 500.00 | | 500.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.01 | | 500.01 |
| 05/13/10 | {17} | Susan Rivas | Acct #100; Payment #2; Pymt on Compromise for Honda Pilot | 1129-000 | 500.00 | | 1,000.01 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 1,000.05 |
| 06/14/10 | {17} | Susan Rivas | Acct #100; Payment #3 | 1129-000 | 500.00 | | 1,500.05 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.08 | | 1,500.13 |
| 07/07/10 | {17} | Susan Rivas | Acct #100; Payment #4; Pymt #4 on Vehicle | 1129-000 | 500.00 | | 2,000.13 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.11 | | 2,000.24 |
| 08/02/10 | {17} | Susan Rivas | Acct #100; Payment #5; Pymt #5 of 12 on Honda Pilot | 1129-000 | 500.00 | | 2,500.24 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 2,500.38 |
| 09/08/10 | {17} | Susan Rivas | Acct #100; Payment #6; Payment #6 on Vehicle | 1129-000 | 500.00 | | 3,000.38 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,000.40 |
| 10/01/10 | {17} | Susan Rivas | Acct #100; Payment #7; Pymt 7 of 12 on Compromise on Automobile | 1129-000 | 500.00 | | 3,500.40 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,500.42 |
| 11/02/10 | {17} | Susan Rivas | Acct #100; Payment #8; Nov Payment on Compromise | 1129-000 | 500.00 | | 4,000.42 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.45 |
| 12/03/10 | {17} | Susan Rivas | Acct #100; Payment #9; Dec Pymt on Compromise | 1129-000 | 500.00 | | 4,500.45 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,500.48 |
| 01/10/11 | {17} | Susan Rivas | Acct #100; Payment #10; Pymt #10 of 12 | 1129-000 | 500.00 | | 5,000.48 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.52 |
| 02/04/11 | {17} | Susan Rivas | Acct #100; Payment #11; Pymt on Compromise Re: Auto | 1129-000 | 500.00 | | 5,500.52 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,500.56 |
| 03/01/11 | {17} | Susan Rivas | Acct #100; Payment #12; Final Payment on Compromise Re: Vehicle | 1129-000 | 500.00 | | 6,000.56 |
| 03/10/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 6,000.57 |
| 03/10/11 | | To Account #9200******2366 | Transfer for Final Report | 9999-000 | | 6,000.57 | 0.00 |

Subtotals :        $6,000.57        $6,000.57

{} Asset reference(s)

Printed: 05/11/2011 03:41 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-75030  
**Case Name:** RIVAS, HERIBERTO  
RIVAS, SUSAN A.  
**Taxpayer ID #:** **-***4610  
**Period Ending:** 05/11/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******23-65 - Money Market Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 6,000.57 | 6,000.57 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,000.57 | |
| | | **Subtotal** | | | 6,000.57 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$6,000.57** | **$0.00** | |

{} Asset reference(s)

Printed: 05/11/2011 03:41 PM     V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-75030  
**Case Name:** RIVAS, HERIBERTO  
RIVAS, SUSAN A.  
**Taxpayer ID #:** **-***4610  
**Period Ending:** 05/11/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******23-66 - Checking Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/11 | | From Account #9200******2365 | Transfer for Final Report | 9999-000 | 6,000.57 | | 6,000.57 |
| 04/13/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,350.06, Trustee Compensation; Reference: | 2100-000 | | 1,350.06 | 4,650.51 |
| 04/13/11 | 102 | Chase Bank USA, N.A. | Distribution paid 5.40% on $808.04; Claim# 3; Filed: $808.04; Reference: 8914 | 7100-000 | | 43.69 | 4,606.82 |
| 04/13/11 | 103 | Altura Credit Union | Combined Check for Claims#4,5 | | | 1,751.09 | 2,855.73 |
| | | | Dividend paid 5.40% on  1,338.64 $24,760.00; Claim# 4; Filed: $24,760.00; Reference: 2386 | 7100-000 | | | 2,855.73 |
| | | | Dividend paid 5.40% on  412.45 $7,628.85; Claim# 5; Filed: $7,628.85; Reference: 2386 | 7100-000 | | | 2,855.73 |
| 04/13/11 | 104 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,258.71 | 597.02 |
| | | | Dividend paid 100.00%  2,245.25 on $2,245.25; Claim# ATTY; Filed: $2,745.25 | 3110-000 | | | 597.02 |
| | | | Dividend paid 100.00%  13.46 on $13.46; Claim# EXP; Filed: $13.46 | 3120-000 | | | 597.02 |
| 04/13/11 | 105 | DISCOVER BANK | Combined Check for Claims#1,2 | | | 597.02 | 0.00 |
| | | | Dividend paid 5.40% on  331.68 $6,134.66; Claim# 1; Filed: $6,134.66; Reference: 5883 | 7100-000 | | | 0.00 |
| | | | Dividend paid 5.40% on  265.34 $4,907.91; Claim# 2; Filed: $4,907.91; Reference: 9366 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,000.57 | 6,000.57 | $0.00 |
| | | | Less: Bank Transfers | | 6,000.57 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 6,000.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,000.57** | |

{} Asset reference(s)  
Printed: 05/11/2011 03:41 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 09-75030 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** RIVAS, HERIBERTO / RIVAS, SUSAN A. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******23-66 - Checking Account |
| **Taxpayer ID #:** **-***4610 | **Blanket Bond:** $552,000.00 (per case limit) |
| **Period Ending:** 05/11/11 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******23-65** | 6,000.57 | 0.00 | 0.00 |
| **Checking # 9200-******23-66** | 0.00 | 6,000.57 | 0.00 |
| | $6,000.57 | $6,000.57 | $0.00 |